United States District Court
Southern District of New York
——————————————————————————

BENTLEY LABORATORIES LLC,

                        **Plaintiff,**         14 Cv. 6306 (JGK)

       - against -          MEMORANDUM OPINION
                                     AND ORDER

TPR HOLDINGS LLC,

                        **Defendant.**
——————————————————————————

JOHN G. KOELTL, District Judge:

     The defendant alleges diversity jurisdiction pursuant to 28 U.S.C. § 1332.  The complaint describes the plaintiff as a limited liability company.  The defendant also appears to be designated as a limited liability company.  The defendant's notice of removal contains no further information about each party's citizenship.  A limited liability company has the citizenship of each of its members for the purposes of diversity jurisdiction.  See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 51-52 (2d Cir. 2000).  The parties should therefore advise the Court as soon as possible as to the citizenship of each of the members of their own respective limited liability companies.

SO ORDERED.

Dated:    New York, New York
         September 24, 2014            _____/s/_____
                                 John G. Koeltl
                       United States District Judge